UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIGHSNOBIETY, INC.,

          *Plaintiff*,

-against-

OXYGEN, INC.,

          *Defendant.*

23-cv-00039 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **June 30, 2023**.

SO ORDERED.

Dated:    May 25, 2023
            New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**